**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――

**No. 00-6342**

―――――――――――

EARL ANDERSON FRANKLIN,

                                    Plaintiff - Appellant,

        versus

RANDALL E. LEE,

                                    Defendant - Appellee.

―――――――――――

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Malcolm J. Howard, District Judge.  (CA-99-229-5-CT-H)

―――――――――――

Submitted:  May 25, 2000                 Decided:  June 6, 2000

―――――――――――

Before WILLIAMS, MICHAEL, and KING, Circuit Judges.

―――――――――――

Affirmed by unpublished per curiam opinion.

―――――――――――

Earl Anderson Franklin, Appellant Pro Se.  William McBlief, OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North Carolina, for Appellee.

―――――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Earl Anderson Franklin appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Franklin v. Lee, No. CA-99-229-5-CT-H (E.D.N.C. Feb. 25, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2